**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*August 19, 2020*

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CRIMINAL NO.** 4:20-cr-385 |
| § | |
| **RIGOBERTO LARA** § | |
| **GUSTAVO MAREZ** § | |
| **GREGORY CHATMAN** § | |
| also known as "G" § | |
| **EUSIBIO MALDONADO** § | |
| also known as "Diablo" § | |
| **JUAN CARLOS LOPEZ-DELGADO** § | |
| also known as "Viejon" § | |
| **JORGE ALBERTO LIMON** § | |
| **ANTHONY TYRON JIMERSON** § | |
| **JAMES DAVID JIMERSON, JR.,** § | |
| Defendants. § | |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney and Assistant United States Attorney assigned to this matter, and respectfully moves this Honorable Court to seal the Indictment and Arrest Warrant as to Defendants, Gregory **Chatman**, Eusibio **Maldonado**, Juan Carlos **Lopez**-Delgado, and Jorge Alberto **Limon** and further moves that this Motion and Order also be sealed.

FURTHER, that the Indictment and Arrest Warrant be unsealed upon the arrest of each defendant.

Respectfully submitted,
RYAN K. PATRICK
UNITED STATES ATTORNEY

*Leo J. Leo III*
Leo J. Leo III
Assistant United States Attorney