UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:20−cr−00385
*SEALED*

James David Jimerson, Jr

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  9/1/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment
Indictment − #23

Date:   August 21, 2020

David J. Bradley, Clerk