# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | **CAUSE NO. 54054-B** | |
| **v.** § | | |
| § | | |
| **NATHAN PAUL HART** § | Honorable Judge Robert W. Schroeder III | |

## DEFENDANT NATHAN PAUL HART'S FIRST MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Nathan Paul Hart moves the Court to continue the Sentencing in this cause, and shows the following in support:

### I.

The Sentencing in this case is scheduled for Thursday, November 14, 2024 at 11:30 am.

### II.

1. Undersigned Counsel has a had an extensive caseload scheduled throughout several Texas counties involving felony involved matters. The extensive travel in these cases has restricted and prevented counsel from necessarily visiting and re-discussing with the Defendant the full aspects of sentencing. Defendant's counsel now asks the Court for a reset on sentencing for seven (7) days; any day during week of November 18, 2024 except Friday November 22, 2024.

### III.

2. Defendant **Nathan Paul Hart** has been in custody since his arrest on November 30, 2020.

Wherefore, Defendant prays the court grant this Motion and continue this cause on the docket of this Court until a later date so that Defendant may receive a sentencing.

Respectfully submitted,

//s// Gerald J. Smith
Gerald J. Smith
Attorney for Nathan Paul Hart

Bar no: 24039316

Law Office of G. J. Smith, Sr., PLLC
2580 W. Camp Wisdom Rd.,
Ste. 100-164
Grand Prairie, TX 75052
Office Phone:  (871) 635-3100
Fax:          (817) 635-3104
Email: attorney@gjsmithlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above document was served on the USA through Pacer's electronic filing manager on November 12, 2024.

/s// Gerald J. Smith
Gerald J. Smith
Attorney for Defendant

## CERTIFICATE OF CONFERENCE

This is to certify that prior to the filing of the foregoing motion that the undersigned defense counsel conferred with Assistant United States Attorney, Allan R. Jackson in regards to this motion. Mr. Jackson does not oppose the motion.

/s// Gerald J. Smith
Gerald J. Smith
Attorney for Nathan Paul Hart